SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293) crowley@seyfarth.com
Eden Anderson (SBN 233464) EAnderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Respondent
SAFEWAY STORES, INC

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 439,<br><br>   Petitioner,<br><br>   v.<br><br>SAFEWAY STORES, INC.<br><br>   Respondent. | Case No. 2:07-CV-00985-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE AND SERVE OPPOSITION TO PETITION TO CONFIRM ARBITRATION AWARD; ORDER THEREON** |

Petitioner International Brotherhood of Teamsters, Local 439, ("Petitioner"), and Respondent Safeway Stores, Inc. ("Respondent"), (jointly "the Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, Petitioner filed a Petition to Confirm Arbitration Award ("Petition") on May 25, 2007, which was thereafter served on Respondent on June 15, 2007;

WHEREAS, the deadline to file an Opposition to the Petition is July 5, 2007;

WHEREAS, the Parties are attempting to amicably resolve the matter without Court intervention;

/ / /

/ / /

NOW, THEREFORE, the Parties hereby stipulate to extend the deadline for Respondent to file and serve an Opposition to the Petition to July 20, 2007.

IT IS SO STIPULATED.

DATED: June 27, 2007.                                    WEINBERG, ROGER, & ROSENFELD

                                                                          By **/s/ Caren Sencer**
                                                                                    Caren Sencer

                                                                          Attorneys for Petitioner
                                                                          INTERNATIONAL BROTHERHOOD OF
                                                                          TEAMSTERS, LOCAL 439

DATED: June 28, 2007.                                    SEYFARTH SHAW LLP

                                                                          By **/s/ Eden Anderson**
                                                                                    Eden E. Anderson

                                                                          Attorneys for Respondent
                                                                          SAFEWAY STORES, INC.

## ORDER

Pursuant to the parties' stipulation, the deadline for Respondent to file and serve an Opposition to Petitioner's Petition to Confirm Arbitration Award is extended to July 20, 2007.

IT IS SO ORDERED.

DATED: July 5, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE