1  SEYFARTH SHAW LLP
   Christian J. Rowley (SBN 187293) crowley@seyfarth.com
2  Eden Anderson (SBN 233464) EAnderson@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Respondent
   SAFEWAY STORES, INC.
6

7

8                UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 INTERNATIONAL BROTHERHOOD OF      )   Case No. 2:07-cv-00985-MCE-EFB
   TEAMSTERS, LOCAL 439,             )
12                                   )
            Petitioner,              )
13                                   )   **STIPULATION TO EXTEND TIME TO**
        v.                           )   **FILE AND SERVE OPPOSITION TO**
14                                   )   **PETITION TO CONFIRM**
   SAFEWAY STORES, INC.              )   **ARBITRATION AWARD; ORDER**
15                                   )   **THEREON**
            Respondent.              )
16                                   )

17

18      Petitioner International Brotherhood of Teamsters, Local 439, ("Petitioner"), and

19 Respondent Safeway Stores, Inc. ("Respondent"), (jointly "the Parties"), by and through their

20 undersigned counsel, enter into the following Stipulation:

21      WHEREAS, Petitioner filed a Petition to Confirm Arbitration Award ("Petition") on May

22 25, 2007, which was thereafter served on Respondent on June 15, 2007;

23      WHEREAS, the deadline to file an Opposition to the Petition was extended by stipulation

24 twice previously to July 20, 2007 and then to August 20, 2007;

25      WHEREAS, the Parties continue to attempt to amicably resolve the matter without Court

26 intervention;

27 / / /

28 / / /

1    NOW, THEREFORE, the Parties hereby stipulate to extend the deadline for Respondent
2 to file and serve an Opposition to the Petition to September 4, 2007.
3    IT IS SO STIPULATED.
4
5 DATED:  August 15, 2007.                             WEINBERG, ROGER, & ROSENFELD
6
7                                                                      By **/s/ Caren Sencer**
                                                                              Caren Sencer
8                                                                      Attorneys for Petitioner
                                                                       INTERNATIONAL BROTHERHOOD OF
9                                                                      TEAMSTERS, LOCAL 439
10
11 DATED: August 15, 2007.                             SEYFARTH SHAW LLP
12
13                                                                     By **/s/ Eden Anderson**
                                                                              Eden E. Anderson
14                                                                     Attorneys for Respondent
                                                                       SAFEWAY STORES, INC.
15
16                                         ORDER
17    Pursuant to the parties' stipulation, the deadline for Respondent to file and serve an
18 Opposition to Petitioner's Petition to Confirm Arbitration Award is extended to September 4,
19 2007.
20    IT IS SO ORDERED.
21 DATED: August 17, 2007
22
23                            _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28